UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UTE R. BINDNER,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. EDCV 07-00995 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the decision of defendant is **affirmed.**

DATED: June 23, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge